EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Josué V. Lorenzi Antonetty | 2018 TSPR 135<br><br>200 DPR ____ |
|---|---|

Número del Caso: TS-16,674

Fecha: 16 de julio de 2018

Abogado de la parte promovida:

        Por derecho propio

Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez
        Director

Materia: La suspensión será efectiva el 25 de julio de 2018, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Josué V. Lorenzi Antonetty  TS-16,674

PER CURIAM

San Juan, Puerto Rico, a 16 de julio de 2018.

Nuevamente, nos vemos obligados a ejercer nuestro poder disciplinario para suspender a un miembro de la profesión jurídica por incumplir las órdenes de este Tribunal y los requerimientos del Programa de Educación Jurídica Continua (PEJC). Por ello, decretamos la suspensión inmediata e indefinida del Lcdo. Josué V. Lorenzi Antonetty (licenciado Lorenzi Antonetty) de la práctica de la abogacía.[1]

**I**

El 16 de junio de 2017, el Director del PEJC presentó ante este Tribunal el *Informe sobre incumplimiento con requisito de educación jurídica continua* en el que nos notificó el incumplimiento del licenciado Lorenzi Antonetty con la educación jurídica continua para el periodo del 1 de octubre de 2010 al 30 de septiembre de

---

[1] El Lcdo. Josué V. Lorenzi Antonetty fue admitido a la práctica de la abogacía el 20 de febrero de 2008.

2012.[2] Advertidos de tal situación, el 18 de septiembre de 2017, le ordenamos al licenciado Lorenzi Antonetty comparecer y mostrar causa por la cual no debía ser suspendido del ejercicio de la profesión de la abogacía por incumplir con los requisitos de la educación jurídica continua. Ante su inacción, le concedimos un término final de diez días para cumplir nuestra orden. Aun cuando esta última resolución fue notificada personalmente el 6 de abril de 2018, al día de hoy el licenciado Lorenzi Antonetty no ha comparecido ante este Tribunal.

## II

Sabido es que desatender nuestros requerimientos es incompatible con la práctica de la profesión, ya que constituye una violación al Canon 9 del Código de Ética Profesional, 4 LPRA Ap. IX, y menoscaba nuestro poder inherente de regular la profesión jurídica. *In re* Canales Pacheco, res. el 10 de mayo de 2018, 2018 TSPR 100. Consecuentemente, hemos sido tajantes al concluir que tal conducta conlleva la separación inmediata e indefinida del ejercicio de la abogacía. Íd.

Así también, hemos expresado que lo anterior se extiende a los requerimientos de nuestros brazos operacionales, tales como la Oficina del Procurador

---

[2]A la vista informal celebrada por el Programa de Educación Jurídica Continua, el licenciado Lorenzi Antonetty compareció a través de una comunicación escrita en la que expresó la situación económica precaria que atravesaba en ese momento. En virtud de ello, se le concedió un término de sesenta días para cumplir con las veinticuatro horas créditos adeudadas, lo cual no cumplió.

General, la Oficina de Inspección de Notarías y el PEJC. *In re* Arocho Cruz, res. el 22 de mayo de 2018, 2018 TSPR 97. De esa forma, hemos suspendido indefinidamente del ejercicio de la profesión a abogados por haber desatendido los requerimientos del PEJC y apartarse de las exigencias concernientes a la educación jurídica continua. Íd.

Al amparo de la normativa jurídica expuesta, evaluaremos la conducta exhibida por el licenciado Lorenzi Antonetty.

### III

Según expuesto, el licenciado Lorenzi Antonetty ha hecho caso omiso a nuestras órdenes a pesar de las debidas advertencias sobre las posibles consecuencias de su incumplimiento. A ello, le sumamos su inobservancia a los requerimientos del PEJC al no cumplir con la educación jurídica continua.

La actitud pasiva antes descrita del licenciado Lorenzi Antonetty denota dejadez hacia sus responsabilidades como miembro activo de la profesión jurídica e irreverencia hacia nuestra autoridad disciplinaria, lo que conlleva, a su vez, una violación al Canon 9 del Código de Ética Profesional, *supra*. Por tal motivo, nos vemos obligados a suspenderlo inmediata e indefinidamente de la práctica de la abogacía.

## IV

Por los fundamentos que anteceden, suspendemos inmediata e indefinidamente al Lcdo. Josué V. Lorenzi Antonetty del ejercicio de la abogacía.

Como consecuencia, se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándoles. Del mismo modo, se le ordena que devuelva a sus clientes los expedientes de los casos pendientes y cualesquiera honorarios recibidos por trabajos no realizados. Además, se le impone la obligación de informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo aquí ordenado, dentro del término de treinta días contado a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Notifíquese personalmente esta Opinión *Per Curiam* y Sentencia al Sr. Josué V. Lorenzi Antonetty.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Josué V. Lorenzi Antonetty | TS-16,674 |

SENTENCIA

San Juan, Puerto Rico, a 16 de julio de 2018.

Por los fundamentos que anteceden, se suspende inmediata e indefinidamente al Lcdo. Josué V. Lorenzi Antonetty del ejercicio de la abogacía.

Como consecuencia, se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándoles. Del mismo modo, se le ordena que devuelva a sus clientes los expedientes de los casos pendientes y cualesquiera honorarios recibidos por trabajos no realizados. Además, se le impone la obligación de informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo aquí ordenado, dentro del término de treinta días, contado a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Notifíquese personalmente esta Opinión *Per Curiam* y Sentencia al Sr. Josué V. Lorenzi Antonetty.

Lo pronunció, manda el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo